THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK CASSIDY, Appellant, *v.* LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.

*Habeas corpus — proceeding to obtain release of prisoner under sentence of death on ground of mental incapacity — writ properly dismissed.*

*People ex rel. Cassidy* v. *Lawes*, 193 App. Div. 931, affirmed.

(Argued November 15, 1920; decided November 23, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 24, 1920, which affirmed an order of Special Term dismissing a writ of habeas corpus. The proceeding was instituted to obtain the release of one James P. Cassidy who was confined in Sing Sing Prison under sentence of death on the ground that he was mentally deficient.

*James J. Barry* for appellant.

*Charles D. Newton, Attorney-General (Henry C. Henderson* of counsel), for respondent.

*Francis Martin, District Attorney,* for the People of the State of New York.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.